JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| LUIS CHAVEZ, | ) | Case No. EDCV 09-1591-MLG |
|         Plaintiff, | ) | JUDGMENT |
|   v. | ) | |
| MICHAEL J. ASTRUE,<br>Commissioner of the<br>Social Security Administration, | ) | |
|         Defendant. | ) | |

**IT IS ADJUDGED** that this action is remanded to Defendant for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Memorandum Opinion and Order.

Dated: April 27, 2010

_____
MARC L. GOLDMAN
United States Magistrate Judge